```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17091
   MAURICE G JERDINE
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9938

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/02/08 .

    2.  Case reassigned to Tom Vaughn, Trustee, 07/23/2008.

------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00          .00          .00
PRINCIPAL PAID          .00          .00         .00          .00          .00
INTEREST PAID           .00          .00         .00          .00          .00
TOTAL PAID              .00          .00         .00          .00          .00
The Debtor's attorney, GLENDA J GRAY             , was allowed $          .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 10/09/08               /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 08 B 17091 MAURICE G JERDINE
```